

# Mississippi State Legislature
Post Office Box 1018
Jackson, MS  39215-1018

April 24, 2020

The Honorable Lynn Fitch
Attorney General, State of Mississippi
P.O. Box 220
Jackson, MS 39205

Dear General Fitch:

Legislative leaders are currently in the process of determining when the legislative session may reconvene and how the budget will be structured in context of the COVID-19 pandemic. The State has received significant federal money but will clearly sustain significant losses in revenue. These financial issues must be addressed upon our return. We will keep you informed as we move closer to reaching a decision on a return date.

**In the meantime, we are asking all state agencies, and arms of the state which receive state dollars of any kind, to be very judicious about spending the rest of this fiscal year.** We have been briefed several times by the State Economist, Department of Revenue, Legislative Budget Office, and others who have knowledge of the budget numbers. COVID-19 has caused a near shutdown of the economy for a number of weeks, and the projected impact is significant. We will undoubtedly have less money in the upcoming fiscal year than we did this fiscal year.

We strongly encourage your agency to critically manage your budget the remainder of this fiscal year.

Additionally, we are working now on analyzing any general policy which may be necessary to address the immediate and long-term effects of the pandemic. We welcome your suggestions on statutory options.

Thank you for all your hard work on behalf of citizens in this State during this difficult time.

Sincerely,

Delbert Hosemann
Lieutenant Governor

Philip Gunn
Speaker of the House

Briggs Hopson
Senate Chairman of Appropriations

John Read
House Chairman of Appropriations

**EXHIBIT "A"**