IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF MISSISSIPPI ex rel.
Lynn Fitch, in her official
capacity as Attorney General of
the State of Mississippi**                                                                       **PLAINTIFF**

v.                                                        CAUSE NO. 1:20cv168-LG-RPM

**PEOPLE'S REPUBLIC OF
CHINA, et al.**                                                                                        **DEFENDANTS**

## ORDER TO SHOW CAUSE

**THIS MATTER IS BEFORE THE COURT** sua sponte for the purpose of determining whether this lawsuit should be dismissed without prejudice for failure to timely serve process.

This lawsuit was filed on May 12, 2020. No summonses have been issued, and there is no indication that the plaintiff has served process on any of the defendants.

Fed. R. Civ. P. 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 160 days have passed since the Complaint was filed in this lawsuit, and the record reflects no effort to pursue the claims filed. As a result, the plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to serve process.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiff is ordered to show cause on or before November 2, 2020, why this case should not be dismissed without prejudice for failure to serve process.

**SO ORDERED AND ADJUDGED** this the 21st day of October, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE