IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                                           Civil Action No. 1:20-cv-168-LG-RHW

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## NOTICE OF APPEARANCE

    Comes now Seth Shannon, Special Assistant Attorney General for the State of Mississippi, and files this Notice of Appearance for the Plaintiff in the above styled and numbered cause. As such, I am requesting notification of all filings in this case.

Dated: November 9, 2020

        Respectfully submitted,

        LYNN FITCH
        ATTORNEY GENERAL OF THE
        STATE OF MISSISSIPPI

        */s/ Seth Shannon*
        Seth Shannon
        Miss. Bar No. 103466
        Office of the Attorney General
        Post Office Box 220
        550 High Street
        Jackson, Mississippi 39205
        Telephone: (769) 237-6406
        seth.shannon@ago.ms.gov