IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



**ORDER REASSIGNING CIVIL CASES**

PURSUANT TO Section IV of Internal Rule 1, as amended effective August 3, 2020, and to equitably manage and distribute the caseload of the Court due to the recent confirmation of two new United States District Judges, and with the consent of the affected judges, the civil cases set forth on the attached Exhibit A are reassigned to U. S. District Judge Taylor B. McNeel.

IT IS FURTHER ORDERED that (1) the present Magistrate Judge assignment for these cases will remain unchanged, and (2) a copy hereof be docketed in each case listed above.

SO ORDERED this the 18th day of December, 2020.

_____
DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE

# Exhibit A

| Case | Number |
|---|---|
| Lewis v. Beau Rivage Resorts, LLC et al | 1:18-cv-00376-KS-RPM |
| Showers v. City of Bay St. Louis et al | 1:19-cv-00323-KS-RPM |
| Reynolds v. George County School District | 1:19-cv-00426-KS-RPM |
| United States of America v. 12.667 Acres More or Less, in Hancock County, MS | 1:19-cv-00550-LG-RPM |
| United States of America v. 4.373 Acres, More or Less, in Hancock County, MS | 1:19-cv-00551-LG-RPM |
| Byrd et al v. Safeco Insurance Company of Illinois et al | 1:19-cv-00625-LG-RPM |
| Denny et al v. Ocean Marine Group et al | 1:19-cv-00629-KS-RPM |
| Toomer v. Harris et al | 1:19-cv-00741-HSO-JCG |
| Leffew v. Peterson et al | 1:19-cv-00793-LG-RPM |
| Stanton v. Smith et al | 1:19-cv-00837-KS-RPM |
| Davis v. Keesler Air Force Base | 1:19-cv-00903-LG-RPM |
| Webb v. Stone County School District, Mississippi | 1:19-cv-00910-KS-RPM |
| ST Engineering Halter Marine & Offshore, Inc. v. M/V Ralph E. Bouchard et al | 1:19-cv-00955-LG-RPM |
| Davis v. Palace Casino | 1:19-cv-00968-LG-RPM |
| Davis v. Bancorp South et al | 1:19-cv-00970-LG-RPM |
| Funchess v. Synthes USA, LLC | 1:20-cv-00004-LG-JCG |
| Ramsey v. King | 1:20-cv-00010-LG-RPM |
| Evans v. Lemons et al | 1:20-cv-00031-LG-RPM |
| Billiot et al v. Allstate Property and Casualty Insurance Company | 1:20-cv-00053-LG-RPM |
| Collier v. Head Mercantile Co. Inc. | 1:20-cv-00063-HSO-JCG |
| Traynor v. Corley et al | 1:20-cv-00068-LG-RPM |
| Brown v. QBE Insurance Corporation et al | 1:20-cv-00101-LG-RPM |
| EEOC v. Agri-AFC, LLC | 1:20-cv-00114-LG-RPM |
| Lawton v. New York Life Insurance Company Group Long Term Disability Plan et al | 1:20-cv-00119-LG-JCG |
| Stacks v. Commissioner of Social Security Administration | 1:20-cv-00153-LG-LRA |
| Dow Disaster Restoration, LLC v. Scott M. Favre Public Adjuster, LLC | 1:20-cv-00155-LG-RPM |
| C.F. Gollott and Son Seafood, Inc. v. Gollott et al | 1:20-cv-00159-HSO-JCG |
| First Class Transports, Inc. v. Charles R. Myers Insurance Agency | 1:20-cv-00160-LG-RPM |
| State of Mississippi v. People's Republic of China et al | 1:20-cv-00168-LG-RPM |
| Batson v. Drayer Physical Therapy Institute, LLC | 1:20-cv-00192-LG-RPM |
| T. W. v. Universal Health Services, Inc. | 1:20-cv-00208-LG-RPM |
| XL Specialty Insurance Company et al v. Z Marine LLC et al | 1:20-cv-00213-LG-RPM |
| Thomas v. Fairley | 1:20-cv-00227-LG-RPM |
| McGrath v. Trauth et al | 1:20-cv-00237-LG-RPM |
| Golden Gulf Casino, Inc. v. Oscar Renda Contracting, Inc. | 1:20-cv-00240-HSO-JCG |
| Mossy Motors of Mississippi, LLP et al v. Maguire Iron, Inc. et al | 1:20-cv-00251-LG-RPM |
| Lewis v. Csaszak et al | 1:20-cv-00256-LG-RPM |
| Rostchild v. MDOC et al | 1:20-cv-00264-LG-RPM |
| Brown et al v. Megabus Southeast, LLC et al | 1:20-cv-00270-LG-RPM |
| Green v. Love's Travel Stops & Country Stores, Inc. #619 | 1:20-cv-00276-LG-JCG |
| Havard v. George County et al | 1:20-cv-00285-LG-RPM |
| Davis v. Shaw | 1:20-cv-00299-LG-FKB |
| National Diabetes and Obesity Research Institute v. Cleveland Clinic Foundation | 1:20-cv-00304-LG-RPM |
| Morgan v. Gilley et al | 1:20-cv-00306-HSO-JCG |
| State National Insurance Company, Inc. v. Camaleon Paint Services and More LLC et al | 1:20-cv-00309-LG-RPM |
| Ray v. Bay St. Louis-Waveland School District et al | 1:20-cv-00313-LG-RPM |
| Montag v. Trump | 1:20-cv-00325-LG-JCG |
| Hawthorne v. Dollar Tree Stores, Inc. | 1:20-cv-00329-LG-RPM |
| LaFontaine v. Shelby et al | 1:20-cv-00333-LG-RPM |
| Walker v. The State of Mississippi et al | 1:20-cv-00338-LG-RPM |
| Clifford v. Harrison County, Mississippi et al | 1:20-cv-00344-LG-RPM |
| Davis v. IRS | 1:20-cv-00353-LG-RPM |
| Fox v. Jackson County Public School District | 1:20-cv-00359-LG-RPM |
| Carter v. Harrison County Adult Detention Center et al | 1:20-cv-00362-LG-RPM |
| Hernandez v. Causey et al | 2:17-cv-00123-KS-MTP |
| Collins v. Commissioner | 2:18-cv-00046-KS-RPM |
| Jones v. City of Hattiesburg et al | 2:18-cv-00084-KS-MTP |
| Lee v. City of Hattiesburg et al | 2:18-cv-00090-KS-MTP |
| Scott v. Banks | 2:18-cv-00156-KS-LRA |
| Bradley v. Shaw | 2:18-cv-00196-KS-LRA |
| Pettis v. Hall | 2:18-cv-00218-KS-JCG |
| Collins v. Hall | 2:18-cv-00219-KS-LRA |
| Capturion Network, LLC v. Liantronics, LLC et al | 2:19-cv-00013-KS-MTP |

| | |
|---|---|
| Allen v. Lyons & Farrar, P.A. et al | 2:19-cv-00030-KS-MTP |
| Russell v. Magee et al | 2:19-cv-00039-KS-MTP |
| Gillett v. Hall | 2:19-cv-00044-KS-MTP |
| Burroughs v. City of Laurel, Miss. et al | 2:19-cv-00048-KS-MTP |
| Galligan v. Tractor Supply Company et al | 2:19-cv-00061-KS-MTP |
| Tate et al v. Zaleski et al | 2:19-cv-00063-KS-JCG |
| Harrell et al v. Lexington Insurance Company et al | 2:19-cv-00089-KS-MTP |
| Siggers v. Forrest County, Mississippi | 2:19-cv-00104-KS-MTP |
| Smith v. Forrest County Regional Jail et al | 2:19-cv-00117-KS-MTP |
| Scott v. McGee | 2:19-cv-00123 KS-MTP |
| Ensco Offshore Company v. Turner | 2:19-cv-00128-KS-MTP |
| Porter v. C R Bard Incorporated et al | 2:19-cv-00131-KS-MTP |
| Dewitt v. C R Bard Incorporated et al | 2:19-cv-00134-KS-MTP |
| Morgan v. C R Bard Incorporated et al | 2:19-cv-00136-KS-MTP |
| Walker v. Ruffin et al | 2:19-cv-00147-KS-MTP |
| Walters et al v. Davidson | 2:19-cv-00148-KS-MTP |
| Scott v. Forrest County, Ms et al | 2:19-cv-00166-KS-MTP |
| Norman v. Neighborhood Healthcare Providers, PLLC | 2:19-cv-00170-KS-MTP |
| Scott v. Pyles | 2:19-cv-00179-KS-MTP |
| Hall v. Commissioner of Social Security | 2:19-cv-00180-KS-JCG |
| Byrd v. Taylor et al | 2:19-cv-00184-KS-MTP |
| PennyMac Loan Services, LLC v. SITCOMM Arbitration Association et al | 2:19-cv-00193-KS-MTP |
| Ball v. Marion County | 2:20-cv-00001-KS-MTP |
| Mitchell v. Commissioner of Social Security | 2:20-cv-00004-KS-LRA |
| Spikes Trucking, Inc., LLC et al v. Advantage One Insurance | 2:20-cv-00012-KS-MTP |
| The Burlington Insurance Company v. Centurion Security, LLC et al | 2:20-cv-00015-KS-MTP |
| Odom v. Wells Fargo Bank, N.A. | 2:20-cv-00019-KS-MTP |
| Heidelberg v. Belk, Inc. | 2:20-cv-00021-KS-MTP |
| Banks v. Forrest County Sheriffs Dept et al | 2:20-cv-00028-KS-MTP |
| Ingram v. Foreest County, Mississippi | 2:20-cv-00036-KS-MTP |
| Drummond v. Cajun Valve Services, LLC et al | 2:20-cv-00037-KS-MTP |
| Portis v. Williams | 2:20-cv-00040-KS-JCG |
| United States of America v. Everett Farm, LLC et al | 2:20-cv-00043-KS-JCG |
| D.M. v. Forrest County Sheriff Department et al | 2:20-cv-00048-KS-JCG |
| King v. Commissioner of Social Security | 2:20-cv-00052-KS-FKB |
| Arrington v. C R Bard Incorporated et al | 2:20-cv-00055-KS-MTP |
| Crosby et al v. C R Bard Incorporated et al | 2:20-cv-00058-KS-MTP |
| Magee v. C R Bard Incorporated et al | 2:20-cv-00061-KS-MTP |
| Johnson v. Diaz et al | 2:20-cv-00063-KS-MTP |
| Hosey v. Howard Industries, Inc. | 2:20-cv-00067-KS-MTP |
| Lyons v. Trans Union, LLC et al | 2:20-cv-00075-KS-JCG |
| Page v. State of Mississippi | 2:20-cv-00077-KS-FKB |
| Duncan v. Essary et al | 2:20-cv-00080-KS-MTP |
| Patterson v. Commissioner of Social Security | 2:20-cv-00082-KS-FKB |
| Big Tomato LLC v. State Auto Proerty and Casualty Inc. Co | 2:20-cv-00086-KS-MTP |
| Updegraff v. Centon Bancorp, Inc. et al | 2:20-cv-00089-KS-MTP |
| Sibley v. McGhee et al | 2:20-cv-00091-KS-MTP |
| Hancock Whitney Bank v. Philadelphia Indemnity Insurance Company | 2:20-cv-00100-KS-MTP |
| Conklin v. Sims | 2:20-cv-00104-KS-MTP |
| Johnson v. Sheriff Joe Berlin et al | 2:20-cv-00107-KS-MTP |
| Hales v. City of Hattiesburg et al | 2:20-cv-00111-KS-MTP |
| Starr v. Marion County et al | 2:20-cv-00113-KS-MTP |
| Allday v. Commissioner of Social Security | 2:20-cv-00115-KS-LRA |
| Hayes v. Jones County, Mississippi et al | 2:20-cv-00118-KS-MTP |
| Ross v. C.R. Bard Incorporated et al | 2:20-cv-00121-KS-MTP |
| Thomas v. Commissioner of Social Security | 2:20-cv-00123-KS-MTP |
| Sunbelt Rentals, Inc. v. Southeastern Contracting, LLC | 2:20-cv-00126-KS-MTP |
| Hall v. Commissioner of Social Security | 2:20-cv-00128-KS-MTP |
| Sims v. The National Railroad Passenger Corporation et al | 2:20-cv-00130-KS-MTP |
| Dennis v. Commissioner of Social Security | 2:20-cv-00133-KS-RPM |
| Scott v. State of Mississippi | 2:20-cv-00138-KS-FKB |
| Owens v. McDonald et al | 2:20-cv-00141-KS-MTP |
| Barnett v. LM General Insurance Company | 2:20-cv-00145-KS-MTP |
| Rayburn v. Lamar County, Mississippi et al | 2:20-cv-00148-KS-MTP |
| Jackson v. Commissioner of Social Security | 2:20-cv-00150-KS-RPM |

| | |
|---|---|
| Pumilia v. Osmose Utilities Services, Inc. et al | 2:20-cv-00152-KS-MTP |
| Burge v. C R Bard Inc et al | 2:20-cv-00154-KS-MTP |
| Gueno v. C R Bard Inc et al | 2:20-cv-00156-KS-MTP |
| Wesco Insurance Company et al v. Dove et al | 2:20-cv-00159-KS-MTP |
| Brumfield v. Harris et al | 2:20-cv-00161-KS-MTP |
| Braxton v. Channel Control Merchants, LLC | 2:20-cv-00163-KS-MTP |
| Ulmer v. United States of America | 2:20-cv-00165-KS-MTP |
| Lee v. C. R. Bard Inc. et al | 2:20-cv-00168-KS-MTP |
| Esters v. Cain | 2:20-cv-00170-KS-JCG |
| Pollard v. USDA et al | 2:20-cv-00172-KS-MTP |
| Brady et al v. R & B W, Inc. | 2:20-cv-00174-KS-MTP |
| Davis et al v. County of Jones, Mississippi et al | 2:20-cv-00176-KS-MTP |
| Hart v. Southern Financial Systems, Inc. | 2:20-cv-00178-KS-MTP |
| Aultman v. Forrest County | 2:20-cv-00179-KS-MTP |
| Flynt v. Jasper County, Mississippi et al | 2:20-cv-00180-KS-MTP |
| Magee et al v. Noe et al | 2:20-cv-00183-KS-MTP |
| United States of America v. $5,399.00 U.S. Currency | 2:20-cv-00185-KS-MTP |
| Hinton v. Wayne County, Mississippi et al | 2:20-cv-00186-KS-MTP |
| Rayner v. Stringer Water Works Association et al | 2:20-cv-00187-KS-MTP |
| Cornerstone Pentecostal Church v. Alfa Insurance Corporation | 2:20-cv-00189-KS-MTP |
| Channel Control Merchants, LLC v. Izganics | 2:20-cv-00190-KS-MTP |
| Smith v. Commissioner of Social Security | 2:20-cv-00191-KS-FKB |
| Smith v. Google, LLC et al | 2:20-cv-00194-KS-MTP |
| American Concrete Products-MS, Inc. v. GLES Global, Inc. et al | 2:20-cv-00195-KS-MTP |
| Cooley v. Lamar County Sheriff Department et al | 2:20-cv-00196-KS-MTP |
| Johnson v. City of Laurel, Mississippi | 2:20-cv-00197-KS-MTP |
| Heritage Hunter Knoll, LLC v. Lamar County, Mississippi | 2:20-cv-00198-KS-MTP |
| Williamson v. Commissioner of Social Security | 2:20-cv-00199-KS-JCG |
| Taylor et al v. Travis and Travis, PLLC et al | 2:20-cv-00200-KS-MTP |
| Johnson v. City of Laurel, Mississippi | 2:20-cv-00201-KS-MTP |
| Frazier v. The United States of America | 2:20-cv-00202-KS-MTP |
| Gaitanis v. Clarke County et al | 2:20-cv-00203 KS-MTP |
| United States of America v. $6,214.00 United States Currency et al | 2:20-cv-00204-KS-MTP |
| Reed v. Dunn Roadbuilders, LLC et al | 2:20-cv-00206-KS-MTP |
| Glass v. Commissioner of Social Security | 2:20-cv-00207-KS-RPM |
| Smith v. AAA Ambulance Service | 2:20-cv-00208-KS-MTP |
| Moore v. Clarke County, MS et al | 2:20-cv-00209-KS-MTP |
| Bolling et al v. Sanofi, Inc. et al | 2:20-cv-00210-KS-MTP |
| Thompson v. Forrest General Hospital | 2:20-cv-00211-KS-MTP |
| Lacher et al v. Essco Heating and Air et al | 2:20-cv-00212-KS-MTP |
| Rankin v. Professional Security Corporation et al | 2:20-cv-00215-KS-MTP |
| Rouss v. Credit Bureau of Napa County, Inc. | 2:20-cv-00216-KS-MTP |
| Scott v. Burchell et al | 2:20-cv-00217-KS-MTP |
| Scott v. Lamar County et al | 2:20-cv-00218-KS-MTP |
| Scott v. Child Protective Services | 2:20-cv-00219-KS-MTP |
| Town of Shubuta, Mississippi v. Amerisourcebergen Drug Corporation et al | 2:20-cv-00220-KS-MTP |
| Donaldson v. Family Health Center, Inc. | 2:20-cv-00221-KS-MTP |
| Vizaline, LLC et al v. Tracy, PE et al | 3:18-cv-00531-LG-RPM |
| Wonsley v. The Kroger Company Madison, MS et al | 3:19-cv-00675-HSO-JCG |
| Green Riverside Inc v. Black Jack Oil Company Inc et al | 5:19-cv-00029-KS-MTP |
| Burch v, Entergy Corporation et al | 5:19-cv-00130 KS-MTP |
| Lopez v. Gillis | 5:19-cv-00140-KS-MTP |
| Vines v. Green Riverside. Inc. | 5:19-cv-00146 KS-MTP |
| Jones v. Barr et al | 5:19-cv-00151-KS-MTP |
| Dao v. Gillis et al | 5:20-cv-00040-KS-MTP |
| Nelson v. Brown et al | 5:20-cv-00046-KS-MTP |
| Singh v. Gillis | 5:20-cv-00079-KS-MTP |
| Singh v. Gillis | 5:20-cv-00089-KS-MTP |
| D'Anjou v. Alcorn State University et al | 5:20-cv-00099-KS-MTP |
| Kumar v. Barr et al | 5:20-cv-00112-KS-MTP |
| Harrison v. Brookhaven School District | 5:20-cv-00136-KS-MTP |
| Foster v. Gillis | 5:20-cv-00143-KS-MTP |
| Davis v. Turner | 5:20-cv-00149-KS-MTP |
| Lewis v. Commissioner of Social Security | 5:20-cv-00162-KS-FKB |
| Kumar v. Wolf et al | 5:20-cv-00178-KS-MTP |

| | |
|---|---|
| Quinn v. Allstate Insurance Company et al | 5:20-cv-00184-KS-MTP |
| Gonzalez v. Gillis et al | 5:20-cv-00186-KS-MTP |
| Atencio v. Barr et al | 5:20-cv-00192-KS-MTP |
| Molina-Marquez v. Gillis | 5:20-cv-00196-KS-MTP |
| Valdes-Santos v. Gillis | 5:20-cv-00202-KS-MTP |
| Goni v. Gillis | 5:20-cv-00209-KS-MTP |
| Thomas v. Groom, et al | 5:20-cv-00211-KS-MTP |
| Lambert v. Federal Express Corporation et al | 5:20-cv-00216-KS-MTP |