IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH

    Plaintiff,

Civil Action No. 1:20-cv-168-TBM-RPM

PEOPLE'S REPUBLIC OF CHINA,
et al.

    Defendants.

## ALIAS SUMMONS IN A CIVIL ACTION

To:  Ministry of Civil Affairs of the People's Republic of China
      147 Beiheyan Street
      Dongcheng District, Beijing

A lawsuit has been filed against you.

Under 28 USC 1608(d), a foreign state, a political subdivision of a foreign state, or an agency or instrumentality of a foreign state must serve an answer or responsive pleading within 60 days after service. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Crystal Utley Secoy
P.O. Box 220
Jackson, MS 39205
crystal.utley@ago.ms.gov

You must also file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 06/11/2021

_____
Signature of Clerk or Deputy Clerk

美国密西西比南区联邦地区法院
南部分院

密西西比州
*代表* LYNN FITCH

  原告，

           民事诉讼案件编号：1:20-cv-l68-TBM-RPM

中华人民共和国
等人

  被告。

民事诉讼第二次传票

被传唤人： 中华人民共和国民政部
      北京市东城区
      北河沿大街 147 号

  本院现收到控诉你方的起诉状并受理此案。

  根据《美国法典》第 28 编第 1608 条第 (d) 款规定，外国国家、外国国家的政治分支机构、外国国家的代理机构或辅助机构须在本传票送达后的 60 天内对起诉状作出答辩或提供其他应答书状。该等答辩状或动议须送达原告或原告律师，其名称和地址如下：

  Crystal Utley Secoy
  地址：P.O.Box 220
  Jackson, MS 39205
  电子邮箱：crystal.utley@ago.ms.gov

  此外，你方还须向本院呈交你方答辩状或动议。

              ARTHUR JOHNSTON
              法院书记员

              *(signature)*
              Signature of Clerk or Deputy Clerk

日期：2021/6/11

              书记员或副书记员签名

(印章：美国密西西比南区联邦地区法院)

# 中 华 人 民 共 和 国 司 法 部

## Ministry of Justice, People's Republic of China

No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

To:
Lynn Fitch,
Office of the Attorney General
Post Office Box 220
550 High Street, Suite 1200
Jackson, Mississippi 39205
U.S.A.

CC to:
United States District Court for the Southern District of Mississippi Southern Division
501 E Court St Ste 2.500, Jackson
Mississippi 39205
U.S.A.
Tel: 001 601 608 4000

Beijing, January 24, 2022
Your Ref. No. 1:20-cv-00168
Our Ref. No. 2022/SXH/10

The requests for service of documents have been received.

It is regretful to return the requests because they do not comply with the provisions of *the Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and *the Declaration* made by the People's Republic of China at its accession. The specific reasons for the return are as follows (the item/items marked with X):

( )  The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).

( )  The form of the Request does not conform to the model annexed to *the Convention* (Paragraph 1 of Article 1).

( )  The terms in the Request are not written in the languages specified by *the Convention* (Article 7).

( )  The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).

( )  The documents to be served are not written in, or translated into Chinese (Article 5).

# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537    Fax: +86 10 5560 4538

---

( )     The case relating to the request does not fall into the scope of *the Convention* (Paragraph 1 of Article 1).

( X )    The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).

( )     Others:

The Ministry takes this opportunity to reaffirm that the defendants specified in your requests enjoy sovereignty immunity and are not subject to any foreign jurisdiction.

International Legal Cooperation Center
Ministry of Justice
People's Republic of China

Contact: Li Zhiying (Ms.)
Tel: +86 10 6309 8240
Fax: +86 10 5560 4538
Email: ivylee319@vip.sina.com

\* Enclosures: Documents submitted by the requesting party