

**ATTORNEY GENERAL**
CONSUMER PROTECTION

April 26, 2022

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

Dear U.S. Department of State:

    Enclosed, please find our request for service, pursuant to 28 U.S.C. § 1608(a)(4) ("FSIA"), for six defendants in our case, *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China et al.*, Civ. A. No. 1:20-cv-168-LG-RHW (S.D. Miss. May 12, 2020). This packet includes the required documents and six individual cashier's checks, each in the amount of $2,275. In the packets you will find two sets of service documents for Defendant, the People's Republic of China. A diligent search for this Defendant's address yielded two results. As such, Plaintiff attempted service for this Defendant at both addresses.

    Plaintiff, State of Mississippi, seeks service via diplomatic channels on the six defendants named below:

    1. The People's Republic of China
    2. People's Government of Hubei Province
    3. People's Government of Wuhan City
    4. National Health Commission of the People's Republic of China
    5. Ministry of Emergency Management of the People's Republic of China
    6. Ministry of Civil Affairs of the People's Republic of China

    We thank you for your time and attention to this matter. Please contact me if you have questions or need anything further.

/s/ Hart Martin
Hart.martin@ago.ms.gov
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4223
Fax: 601-359-4231



**ATTORNEY GENERAL**
CONSUMER PROTECTION

I, Hart Martin, on behalf of Plaintiff State of Mississippi, do hereby certify and swear to the following:

1. FSIA, 28 U.S.C. § 1608(a)(1) is not applicable because this case does not arise from a contract dispute.
2. Service pursuant to FSIA, 28 U.S.C. § 1608(a)(2) was attempted and failed.
3. FSIA, 28 U.S.C. § 1608(a)(3) violates China's objection to Article 10(a) of the Hague Service Convention and is therefore not applicable.

As such, service under § 1608(a)(4) is the only avenue available to serve the six defendants named below in this action:

1. The People's Republic of China
2. People's Government of Hubei Province
3. People's Government of Wuhan City
4. National Health Commission of the People's Republic of China
5. Ministry of Emergency Management of the People's Republic of China
6. Ministry of Civil Affairs of the People's Republic of China

Hart Martin
Special Assistant Attorney General
MS Attorney General's Office
MSB # 106129
April 26, 2022

Notary Public

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 102556, ANNIE D. JONES, Commission Expires June 18, 2024, MADISON COUNTY]