

ATTORNEY GENERAL
CONSUMER PROTECTION

September 13, 2022

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA, Jared Hess



Dear U.S. Department of State:

Enclosed, please find our reissued, translated summons, pursuant to 28 U.S.C. § 1608(a)(4) ("FSIA"), for these six defendants in our case, *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China et al.*, Civ. A. No. 1:20-cv-168-LG-RHW (S.D. Miss. May 12, 2020).

Thank you for your time and attention to this matter. Please contact me if you have questions or need anything further.

Hart Martin
Hart.martin@ago.ms.gov
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4223
Fax: 601-359-4231