美国密西西比南区联邦地区法院
南部分院

密西西比州
*代表* LYNN FITCH

    原告，

                       民事诉讼案件编号：1:20-cv-l68-TBM-RPM

中华人民共和国
等人

    被告。

民事诉讼第二次传票

被传唤人： 中华人民共和国应急管理部
           北京市西城区
           广安门南街 70 号

    本院现收到控诉你方的起诉状并受理此案。

    根据《美国法典》第 28 编第 1608 条第 (d) 款规定，外国国家、外国国家的政治分支机构、外国国家的代理机构或辅助机构须在本传票送达后的 60 天内对起诉状作出答辩或提供其他应答书状。该等答辩状或动议须送达原告或原告律师，其名称和地址如下：
    Crystal Utley Secoy
    地址：P.O.Box 220
    Jackson, MS 39205
    crystal.utley@ago.ms.gov

    此外，你方还须向本院呈交你方答辩状或动议。

                              ARTHUR JOHNSTON
                              CLERK OF THE COURT

日期：<u>2022/4/27</u>
                              Signature of Clerk or Deputy Clerk
                              书记员或副书记员签名

(印章：美国密西西比南区联邦地区法院)