# Hart Martin

| | |
|---|---|
| **From:** | Hart Martin |
| **Sent:** | Monday, October 31, 2022 12:54 PM |
| **To:** | cas_en@cas.cn |
| **Subject:** | Test email from MS Attorney General's Office |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chinese Academy of Sciences:

Good afternoon. This is a test email sent to ensure that your email address listed on the Chinese Academy of Sciences' website is functional.

Sincerely,
Hart Martin

**HART PEPPER MARTIN**
Deputy Director & Special Assistant Attorney General
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4223
Email: hart.martin@ago.ms.gov

