(i) Follow up. Start by Monday, October 31, 2022. Due by Monday, October 31, 2022.

From    Microsoft Outlook
To      Hart Martin
Subject Undeliverable: Test email from MS Attorney General's Office



# Office 365

Your message to wiv@wh.iov.cn couldn't be delivered.

## wiv wasn't found at wh.iov.cn, or the mailbox is unavailable.

| Hart.Martin | Office 365 | wiv |
|---|---|---|
| **Action Required** | | Recipient |
| Unknown To address | | |

### How to Fix It
The email address might be misspelled or it might not exist. Try one or more of the following:

- **Retype the recipient's address, then resend the message** - If you're using Outlook, open this non-delivery report message and click **Send Again** from the menu or ribbon. In Outlook on the web, select this message, and then click the "**To send this message again, click here.**" link located just above the message preview window. In the To or Cc line, delete and then retype the entire recipient's address (ignore any address suggestions). After typing the complete address, click **Send** to resend the message. If you're using an email program other than Outlook or Outlook on the web, follow its standard way for resending a message. Just be sure to delete and retype the recipient's entire address before resending it.
- **Remove the recipient from the recipient Auto-Complete List, then resend the message** - If you're using Outlook or Outlook on the web, follow the steps in the "Remove the recipient from the recipient Auto-Complete List" section of this article. Then resend the message. Be sure to delete and retype the recipient's entire address before clicking **Send**.
- **Contact the recipient by some other means**, (by phone, for example) to confirm you're using the right address. Ask them if they've set up an email forwarding rule that could be forwarding your message to an incorrect address.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.