| | |
|---|---|
| **From:** | Hart Martin |
| **To:** | kf@people.cn |
| **Subject:** | test email from the MS Attorney General"s Office |
| **Date:** | Tuesday, November 15, 2022 10:53:00 AM |
| **Attachments:** | image001.png |

Communist Party of China:

Good afternoon. This is a test email sent to ensure that your email address is functional.

Sincerely,
Hart Martin

**HART PEPPER MARTIN**
Deputy Director & Special Assistant Attorney General
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi  39205
Telephone:  601-359-4223
Email:  hart.martin@ago.ms.gov

