**From:** Hess, Jared N
**To:** Hart Martin; FSIA-LR
**Subject:** RE: Status Update Request
**Date:** Wednesday, December 14, 2022 9:25:16 AM
**Attachments:** image001.png
image002.png

Good Morning Ms. Martin,

Thank you for your email. With respect to the request for service pursuant to 28 U.S.C. 1608(a)(4) in the lawsuit *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China et al.*, 1:20-cv-00168, I confirmed this morning with our diplomatic pouch and mail division that the documents are still in transit to the U.S. Embassy, Beijing. Once the documents arrive at the U.S. Embassy in Beijing, we expect they will be sent to Ministry of Foreign Affairs of the People's Republic of China shortly thereafter. Once the documents have been transmitted, it normally takes several weeks before we physically receive proof of service in the form of the Embassy's certified copy of the diplomatic note used to transmit the documents. Once we are informed that the documents were transmitted or have any other appropriate update, we will let you know.

If you have any questions or would like an update at any time, please do not hesitate to contact our office.

Sincerely,



**Jared N. Hess**
Attorney Adviser
U.S. Department of State
Office of the Legal Adviser
L/CA/POG/GC


**From:** Hart Martin <Hart.Martin@ago.ms.gov>
**Sent:** Wednesday, December 14, 2022 9:49 AM
**To:** Hess, Jared N <HessJN@state.gov>; FSIA-LR <FSIA-LR@state.gov>
**Subject:** Status Update Request

Jared,

Hi. I hope you're doing well. I'm filing our next motion for extension of time next week in *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China et al.*, Civ. A. No. 1:20-cv-168 (S.D. Miss. May 12, 2020). Could you provide me an update regarding our diplomatic service request?

Thanks,
Hart

HART PEPPER MARTIN
Deputy Director & Special Assistant Attorney General
Consumer Protection Division

EXHIBIT A

Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4223
Email: hart.martin@ago.ms.gov

