IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## MOTION TO SUBSTITUTE COUNSEL

The State of Mississippi, *ex rel.* Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi moves the Court to substitute counsel and in support shows the following:

1. Special Assistant Attorney General Seth Shannon has left his position with the Mississippi Attorney General's Office and the Movant wishes to allow him to be withdrawn as counsel and to substitute counsel with Special Assistant Attorney General James Rankin.

  2. Movant therefore moves to substitute counsel, relieving attorney Seth Shannon and enrolling attorney James Rankin.

  3. This substitution as counsel for the Plaintiff will not delay these proceedings or prejudice any party.

  4. Accordingly, Movant prays that the withdrawal and relief of Seth Shannon as counsel be allowed, and the James Rankin be enrolled and substituted as counsel for the Movant.

  Dated: March 6, 2023.

            Respectfully submitted,

            **FOR PLAINTIFF STATE OF MISSISSIPPI**
            **LYNN FITCH, ATTORNEY GENERAL**
            **STATE OF MISSISSIPPI**


            <u>/s/ James M. Rankin</u>
            JAMES M. RANKIN, MS BAR NO. 102332
            Office of the Attorney General
            Post Office Box 220
            550 High Street, Suite 1200
            Jackson, Mississippi 39205
            Telephone: (601)

## CERTIFICATE OF SERVICE

  I hereby certify that on March 6, 2023, I electronically filed the foregoing pleading with the Clerk of the Court EFC system which sent notification of such filing to all counsel of record.

/s/ James M. Rankin<br>
James M. Rankin