IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH

    Plaintiff,

Civil Action No. 1:20-cv-168-TBM-RPM

PEOPLE'S REPUBLIC OF CHINA,
et al.

    Defendants.

## ALIAS SUMMONS IN A CIVIL ACTION

To:   Chinese Academy of Sciences
      52 Sanlihe Road
      Xicheng District, Beijing

A lawsuit has been filed against you.

Under 28 USC 1608(d), a foreign state, a political subdivision of a foreign state, or an agency or instrumentality of a foreign state must serve an answer or responsive pleading within 60 days after service. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Crystal Utley Secoy
    P.O. Box 220
    Jackson, MS 39205
    crystal.utley@ago.ms.gov

You must also file your answer or motion with the court.

Date: MAR 22 2023

ARTHUR JOHNSTON
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH

    Plaintiff,

                                                    Civil Action No. 1:20-cv-168-TBM-RPM

PEOPLE'S REPUBLIC OF CHINA,
et al.

    Defendants.

## ALIAS SUMMONS IN A CIVIL ACTION

To:  Wuhan Institute of Virology
      Xiao Hong Shan No. 44
      Wuhan, People's Republic of China

A lawsuit has been filed against you.

Under 28 USC 1608(d), a foreign state, a political subdivision of a foreign state, or an agency or instrumentality of a foreign state must serve an answer or responsive pleading within 60 days after service. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Crystal Utley Secoy
P.O. Box 220
Jackson, MS 39205
crystal.utley@ago.ms.gov

You must also file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 22 2023

Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH

    Plaintiff,

                                         Civil Action No. 1:20-cv-168-TBM-RPM

PEOPLE'S REPUBLIC OF CHINA,
et al.

    Defendants.

## ALIAS SUMMONS IN A CIVIL ACTION

To:    The Communist Party of China
        No. 3 Taijichang St.
        Dongcheng District, Beijing

A lawsuit has been filed against you.

Under 28 USC 1608(d), a foreign state, a political subdivision of a foreign state, or an agency or instrumentality of a foreign state must serve an answer or responsive pleading within 60 days after service. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Crystal Utley Secoy
P.O. Box 220
Jackson, MS 39205
crystal.utley@ago.ms.gov

You must also file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 22 2023

Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH

    Plaintiff,

Civil Action No. 1:20-cv-168-TBM-RPM

PEOPLE'S REPUBLIC OF CHINA,
et al.

    Defendants.

## ALIAS SUMMONS IN A CIVIL ACTION

To:   Communist Party of China
       The Central Committee of the Communist Party of China
       12 Fuyou Street, Xicheng District, China 100017

A lawsuit has been filed against you.

Under 28 USC 1608(d), a foreign state, a political subdivision of a foreign state, or an agency or instrumentality of a foreign state must serve an answer or responsive pleading within 60 days after service. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Crystal Utley Secoy
P.O. Box 220
Jackson, MS 39205
crystal.utley@ago.ms.gov

You must also file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 22 2023

Signature of Clerk or Deputy Clerk