



March 22, 2023

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA, Jared Hess

Dear U.S. Department of State:

Enclosed, please find our request for service, pursuant to 28 U.S.C. § 1608(a)(4) ("FSIA"), for three defendants in our case, *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China et al.*, Civ. A. No. 1:20-cv-168-LG-RHW (S.D. Miss. May 12, 2020). This packet includes the required documents and three individual cashier's checks, each in the amount of $2,275. In the packets you will find two sets of service documents for Defendant, the Communist Party of China. A diligent search for this Defendant's address yielded two results. As such, Plaintiff attempted service for this Defendant at both addresses.

Plaintiff, State of Mississippi, seeks service via diplomatic channels on the three defendants named below:

1. The Communist Party of China
2. Wuhan Institute of Virology
3. Chinese Academy of Sciences

We thank you for your time and attention to this matter. Please contact me if you have questions or need anything further.

/s/ Hart Martin
Hart.martin@ago.ms.gov
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4223
Fax: 601-359-4231