美国密西西比南区联邦地区法院
南部分院

密西西比州
*代表* LYNN FITCH

    原告，

                        民事诉讼案件编号：1:20-cv-168-TBM-RPM

中华人民共和国
等人

    被告。

---

民事诉讼第二次传票

---

被传唤人：　中国科学院
           北京市西城区
           三里河路 52 号

本院现收到控诉你方的起诉状并受理此案。

根据《美国法典》第 28 编第 1608 条第 (d) 款规定，外国国家、外国国家的政治分支机构、外国国家的代理机构或辅助机构须在本传票送达后的 60 天内对起诉状作出答辩或提供其他应答书状。该等答辩状或动议须送达原告或原告律师，其名称和地址如下：

Crystal Utley Secoy
地址：P.O.Box 220
Jackson, MS 39205
电子邮箱：crystal.utley@ago.ms.gov

此外，你方还须向本院呈交你方答辩状或动议。

ARTHUR JOHNSTON
法院书记员

*Signature of Clerk or Deputy Clerk*
书记员或副书记员签名

美国密西西比南区
联邦地区法院

日期：2023/3/22