

U.S. DEPARTMENT OF STATE
CA/OCS
SA-17, 10TH FLOOR
WASHINGTON, DC 20522-1710

CERTIFIED MAIL

7018 3090 0001 3638

Mr. Arthur Johnston
Clerk of the Court
United States District Court
Thad Cochran United States Courthouse
501 E. Court Street
Suite 2.500
Jackson, MS 39201