

United States Department of State

*Washington, D.C. 20520*

March 17, 2023

Mr. Arthur Johnston
Clerk of the Court
United States District Court
Thad Cochran United States Courthouse
501 E. Court Street
Suite 2.500
Jackson, MS 39201

Re: *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China, et al.,*
1:20-cv-00168-TBM-RPM

Dear Mr. Linhares:

I am writing regarding the Court's request for transmittal of Summons, Complaint, Civil Cover Sheet, and Notice of Suit to the People's Republic of China, National Health Commission of the People's Republic of China, Ministry of Emergency Management of the People's Republic of China, Ministry of Civil Affairs of the People's Republic of China, People's Government of Hubei Province, and People's Government of Wuhan City, pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced lawsuit.

The United States Embassy in Beijing, People's Republic of China transmitted the documents to the Ministry of Foreign Affairs of the People's Republic of China under cover of diplomatic notes Nos. 2023-0096, 2023-0097, 2023-0098, 2023-0099, 2023-00100 and 2023-00101, dated and delivered on January 18, 2023. Certified copies of these diplomatic notes are enclosed.

Subsequently, the U.S. Embassy in Beijing received a reply from the Ministry of Foreign Affairs of the People's Republic of China in the form of a diplomatic note from February 2, 2023. While the Foreign Sovereign Immunities Act, 28 U.S.C. 1608, does not contemplate the use of the diplomatic channel as a means for defendant foreign States to respond to service of process, in certain cases foreign governments will provide replies via the diplomatic channel. When this occurs, it is our practice to provide the sending court with these documents. Therefore, I am including a copy of the original diplomatic note as well as an informal translation of the note.

Sincerely,

Jared Hess
Attorney Adviser
Office of Legal Adviser
L/CA/POG/GC

Cc:    Mississippi Attorney General's Office
        Consumer Protection Division
        Attn: Hart Martin
        550 High Street
        P.O. Box 220
        Jackson, MS 39205