UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MISSISSIPPI, *ex rel.* LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:20-CV-168-TBM-RPM |
| THE PEOPLE'S REPUBLIC OF CHINA, ET AL | DEFENDANTS |

## ORDER TO RE-OPEN CASE

The instant action was administratively closed for statistical purposes on March 1, 2023. The Court closed the case while Plaintiff served several Defendants through diplomatic channels. Plaintiff filed executed summonses on March 30, 2023. The Court held a telephonic status conference on June 28, 2023. Plaintiff plans to seek default judgment in the coming weeks. Given these developments, the Court is of the opinion that this case should be re-opened for further proceedings.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to re-open the instant action for further proceedings.

SO ORDERED AND ADJUDGED, this the 7th day of July 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE