IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OFMISSISSIPPI,
*ex rel.* LYNN FITCH, in Her

official capacity as Attorney General
of the State of Mississippi,

      Plaintiff,

                                 Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
 CITY, WUHAN INSTITUTE OFVIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

      Defendants.

---

## MOTION FOR DEFAULT JUDGMENT

---

COMES NOW, the Plaintiff, State of Mississippi, *ex rel.* Lynn Fitch, Attorney

General, and respectfully files this Motion for Default Judgment and requests the

Court, pursuant to Federal Rule of Civil Procedure 55(b)(2), for the entry of a

judgment by default against Defendants The People's Republic of China, People's

Government of Hubei Province, People's Government of Wuhan City, National

Health Commission of the People's Republic of China, Ministry of Emergency

Management of the People's Republic of China, and Ministry of Civil Affairs of the

People's Republic of China. In support of this request, Plaintiff, State of Mississippi,

relies upon the record of this case and the memorandum submitted herein.

Respectfully submitted, this the 18th day of July, 2023.

> **FOR PLAINTIFF STATE OF MISSISSIPPI**
> **LYNN FITCH, ATTORNEY GENERAL**
> **STATE OF MISSISSIPPI**
>
> */s/ Elisabeth Hart Martin*
> Elisabeth Hart Martin, Miss. Bar No. 106129
> Office of the Attorney General
> Post Office Box 220
> 550 High Street, Suite 1200
> Jackson, Mississippi 39205
> Telephone: (601) 359-4223