IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI, *ex rel.*
LYNN FITCH, in her official capacity as
Attorney General of the State of Mississippi,

    Plaintiff,

v.                          Civil Action No.1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
*et al.*

    Defendants.

## ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that Thomas G. Bufkin of the law firm Carroll Bufkin, PLLC, hereby enters his appearance in the above-styled and numbered proceeding on behalf of The China Society of Private International Law and requests service of all pleadings and papers.

    Dated: July 25, 2023

                                           Respectfully submitted,

                                           CARROLL BUFKIN, PLLC

                                           /s/ Thomas G. Bufkin
                                           Thomas G. Bufkin (MSB#10810)

                                           On behalf of,

                                           THE CHINA SOCIETY OF PRIVATE
                                           INTERNATIONAL LAW
                                           c/o International Law Institute of Wuhan University
                                           Wuchang District
                                           Wuhan, China 430072

Thomas G. Bufkin, MSB# 10810
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway
Suite 125
Ridgeland, Mississippi 39157
T: (601) 982-5011
F: (601) 853-9540
tgb@carrollbufkin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court *via* the ECF system, which automatically serves a copy on all counsel of record.

Dated: July 25, 2023

/s/ Thomas G. Bufkin
Thomas G. Bufkin, MSB# 10810
