

**United States Department of State**

*Washington, D.C.  20520*



February 14, 2024

Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

Re: *State of Mississippi, ex rel. Lynn Fitch v. The People's Republic of China, et al.,*
1:20-cv-00168-LG-RHW

Dear Clerk of Court:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Communist Party of China, the Chinese Academy of Sciences, and Wuhan Institute of Virology pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced lawsuit.

The United States Embassy in Beijing, China transmitted the documents to the Ministry of Foreign Affairs of the People's Republic of China under cover of diplomatic notes Nos. 2023-1918, 2023-1919, and 2023-1920, each dated and delivered on January 5, 2024.  Certified copies of the diplomatic notes are enclosed.[1]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC



---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.  *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:  Hart Martin
     Mississippi Attorney General's Office
     PO BOX 220
     Jackson, MS 39205