IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in Her

Official Capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                      Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## APPLICATION TO CLERK
## TO ENTER DEFAULT

To: Arthur Johnston, Clerk of the United States District Court for the

    Southern District of Mississippi

        Please enter default under the provision of Rule 55(a) of the Rules of Civil Procedure

because of the failure of the Defendants The Communist Party of China, Chinese Academy

1

of Sciences, and Wuhan Institute of Virology to file an answer or otherwise defend as provided by Fed. R. Civ. P. 55(a).

Respectfully submitted, this the 5th day of March, 2024.

>FOR PLAINTIFF STATE OF MISSISSIPPI
>LYNN FITCH, ATTORNEY GENERAL
>STATE OF MISSISSIPPI
>
>  */s/ Elisabeth Hart Martin*
>Elisabeth Hart Martin, Miss. Bar No. 106129
>Office of the Attorney General
>Post Office Box 220
>550 High Street, Suite 1200
>Jackson, Mississippi 39205
>Telephone: (601) 359-4223