IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in Her

Official Capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                                Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## AFFIDAVIT

1. My name is Elisabeth Hart Martin. I am over the age of twenty-one (21) years, and I am an adult resident citizen of the State of Mississippi.

2. I am the Deputy Director of Consumer Protection for Mississippi Attorney General Lynn Fitch.

EXHIBIT A

3. I am the attorney of record for the Plaintiff, the State of Mississippi. I have personal knowledge of the facts stated herein.

4. On February 13, 2024, Plaintiff received the diplomatic notes for Defendants The Communist Party of China, Chinese Academy of Sciences, and Wuhan Institute of Virology confirming that service was perfected for these Defendants on January 5, 2024.

5. More than 60 days have elapsed since the date on which the said Defendants were served with summonses and a copies of the Complaint.

6. Defendants have failed to either answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense which they might have upon the undersigned attorney of record for the Plaintiff.

7. This affidavit is executed by Affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against Defendants, for failure to answer or otherwise defend as to the Plaintiff's Complaint.

Further, Affiant sayeth not.

Dated: March 5, 2024.

_E. Hart Martin_
ELISABETH HART MARTIN

STATE OF MISSISSIPPI

COUNTY OF HINDS

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named, Elisabeth Hart Martin, who being by me first duly sworn states on her oath that she signed, executed, and delivered the above and foregoing Affidavit and the facts and things contained herein are true and correct to the best of her knowledge and belief.

_____
ELISABETH HART MARTIN

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of March, 2024.

_____
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: ANNIE D. JONES, ID # 102556, Commission Expires June 18, 2024, State of Mississippi, Madison County]

3