IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ex rel. LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi

v.　　　　　　　　　　　　　　　　　　CASE NO. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES　　　　　　　　　　　　　DEFENDANTS

## **CLERK'S ENTRY OF DEFAULT**

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, for the reasons set forth in the affidavits of counsel for the plaintiff [60-1 and 61-1], <u>and</u> as evidenced by the returns of process filed of record as noted immediately below, I hereby certify that defendants the People's Republic of China [41]; the National Health Commission of the People's Republic of China [38], the Ministry of Emergency Management of the People's Republic of China [37]; the Ministry of Civil Affairs of the People's Republic of China [36]; the People's Government of Hubei Province [39]; the People's Government of Wuhan City [40]; the Chinese Academy of

Sciences [52 and 57]; the Communist Party of China [53, 55, and 56]; and the Wuhan Institute of Virology are in default for their failure to answer or otherwise defend this action, as reflected in the records of this office.

SO ENTERED this the 5th day of March 2024.

**ARTHUR JOHNSTON, CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



By: _____,Clerk