IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                        Civil Action No. 1:20-cv-168-LG-RHW

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## NOTICE OF APPEARANCE

Comes now Caleb Pracht, Special Assistant Attorney General for the State of Mississippi, and files this Notice of Appearance for the Plaintiff in the above styled and numbered cause. As such, I am requesting notification of all filings in this case.

Dated: April 2, 2024

                                                Respectfully submitted,

                                                **LYNN FITCH**
                                                **ATTORNEY GENERAL OF THE**
                                                **STATE OF MISSISSIPPI**

                                                */s/ Caleb Pracht*
                                                Caleb Pracht
                                                Miss. Bar No. 106327
                                                Office of the Attorney General
                                                Post Office Box 220
                                                550 High Street
                                                Jackson, Mississippi 39205
                                                Telephone: 601-359-9011
                                                Caleb.Pracht@ago.ms.gov