IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                                Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## PLAINTIFF'S MOTION FOR ENTRY OF CASE MANAGEMENT AND SCHEDULING ORDER

    COMES NOW, the Plaintiff, State of Mississippi, *ex rel.* Lynn Fitch, Attorney General, and respectfully files this Motion for Entry of Case Management and Scheduling Order.

1. All Defendants in this case have been properly served under the Foreign Sovereign Immunities Act and the Federal Rules of Civil Procedure.

2. All Defendants have failed to answer or otherwise defend against Plaintiff's Complaint.

3. Discovery is appropriate and necessary for Plaintiff to prove both damages and liability.

In support of this request, Plaintiff, State of Mississippi, submits the memorandum herein.

> FOR PLAINTIFF STATE OF MISSISSIPPI
> LYNN FITCH, ATTORNEY GENERAL
> STATE OF MISSISSIPPI
>
> _/s/ Elisabeth Hart Martin_
> Elisabeth Hart Martin, Miss. Bar No. 106129
> Office of the Attorney General
> Post Office Box 220
> 550 High Street, Suite 1200
> Jackson, Mississippi 39205
> Telephone: (601) 359-4223