IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## [PLAINTIFF'S PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff State of Mississippi, *ex rel.* Lynn Fitch, Attorney General ("Mississippi") has moved for this Court set a trial date and enter a case management and scheduling order that will permit Mississippi to seek discovery and conduct an evidentiary hearing on its claims on or around December 9, 2024. Upon consideration of the motion, the Court orders the following:

1. No Rule 26(f) discovery conference is required;

EXHIBIT A

2. The State is not required to provide initial disclosures to the parties under Rule 26(a);

3. Expert disclosures to the parties as to the State's expert witnesses are not required; however, the State shall file with the Court the credentials and any report(s) of any expert witnesses who will testify at trial seven days before the start of trial;

4. Pursuant to Rule 26(d)(1), the Court orders that the State may immediately pursue discovery from parties and third parties relevant to all claims against all Defendants;

5. The State shall file a pre-trial brief outlining the evidence it plans to submit at trial for the Court's benefit seven days before the start of the trial;

6. Pretrial disclosures by the State are not required; however, the State shall file a list of witnesses it intends to call at trial seven days before the start of the trial;

7. The deadline for amendments to the pleadings, if any, shall be 14 days before trial;

8. The State shall file deposition designations and excerpts for any witness testifying by deposition seven days before the start of the trial;

9. The State may submit evidence both in written form and by live testimony, and the State shall file other written forms of evidence apart from live testimony, including affidavits and documentary exhibits (other than exhibits to be presented during live testimony) seven days before the start of the trial;

10. The State shall file its list of trial exhibits on the first day of trial;

11. Trial shall be set for two days beginning on December 9, 2024.

**SO ORDERED AND ADJUDGED**, this the ___ day of April, 2024

_____
**TAYLOR B. MCNEEL**
**UNITED STATES DISTRICT JUDGE**

3