UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her

official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                        Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

    Before the Court is Plaintiff's Motion for Withdrawal of Elisabeth Hart Pepper Martin as counsel of record for Plaintiff State of Mississippi in this matter. The Court has determined that the motion should be **GRANTED**. It is hereby,

**ORDERED** that Elisabeth Hart Pepper Martin is withdrawn as counsel for Plaintiff State of Mississippi in this matter; and

**ORDERED** that the Clerk terminate CM/ECF notices as to Elisabeth Hart Pepper Martin for this matter.

**SO ORDERED AND ADJUDGED**, this the _____ day of May, 2024

_____
**TAYLOR B. MCNEEL**
**UNITED STATES DISTRICT JUDGE**