UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her

official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                                    Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff State of Mississippi respectfully requests that Caleb Pracht be permitted to withdraw as counsel of record for Plaintiff State of Mississippi in this matter. The reason for this request is that Mr. Pracht is no longer assigned to the Consumer Protection Division of the Mississippi Attorney General's Office. The

1

granting of this motion will not impose delay or affect any deadlines in the case. Mississippi will continue to be represented by other counsel of record, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the Clerk is requested to terminate CM/ECF notices as to Caleb Pracht for this matter.

Dated: August 20, 2024

Respectfully submitted,

**LYNN FITCH**
**ATTORNEY GENERAL OF THE**
**STATE OF MISSISSIPPI**

<u>/s/ James Rankin</u>

James Rankin
Miss. Bar No. 102332
Office of the Attorney General
Post Office Box 220
550 High Street
Jackson, Mississippi 39205
Telephone: 601-359-4258
James.Rankin@ago.ms.gov
