AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:20-cv-168-LG-RHW

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:

3M Company C/O Corporation Service Company 109 Executive Drive, Suite 3, Madison, Mississippi 39110

on *(date)* 08/30/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/30/2024

*Server's signature*

Tamika Gross, Admin Support Specialist

*Printed name and title*

Walter Sillers Building
550 High Street, 12th Floor
Jackson, Mississippi 39201

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02 14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| State of Mississippi, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:20-cv-168-LG-RHW |
| The People's Republic of China, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 3M Company C/O Corporation Service Company
109 Executive Drive, Suite 3, Madison, Mississippi 39110

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Exhibit "1"

| Place: Mississippi Attorney General's Office; 550 High Street Suite 1200; Jackson, Mississippi 39205 | Date and Time: 09/16/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/30/2024

CLERK OF COURT

OR  /s/ signature

_____        _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Exhibit 1

## DOCUMENT REQUESTS

**REQUEST NO. 1**  Submit all data, documents, and communications related to price increases or supply shortages of Personal Protective Equipment ("PPE") during the time period from the first possible outbreak of COVID-19 in humans in November 2019 to the end of the COVID-19 Emergency in May 2023, including all internal and external data, documents, and communications regarding the same.

**REQUEST NO. 2**  Submit all documents and communications regarding the faulty or defective nature of PPE during the time period from the first possible outbreak of COVID-19 in humans in November 2019 to the end of the COVID-19 Emergency in May 2023, including all internal and external data, documents, and communications regarding the same.

**REQUEST NO. 3**  Submit all documents and data related to unreasonable withholding of PPE by the People's Republic of China and related entities and by manufacturers or distributors of PPE during the time period from the first possible outbreak of COVID-19 in humans in November 2019 to the end of the COVID-19 Emergency in May 2023, including all internal and external data, documents, and communications regarding the same.