IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi

    Plaintiff,

                                  Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES

    Defendants.

## NOTICE OF APPEARANCE

    Comes now Gerald L. Kucia, Special Assistant Attorney General for the State of Mississippi, and files this Notice of Appearance for the Plaintiff in the above styled and numbered cause. As such, I am requesting notification of all filings in this case.

Dated: October 11, 2024

    Respectfully submitted,

    LYNN FITCH
    ATTORNEY GENERAL OF THE
    STATE OF MISSISSIPPI

    */s/ Gerald L. Kucia*
    Gerald L. Kucia
    Miss. Bar No. 8716
    Office of the Attorney General
    Post Office Box 220
    550 High Street
    Jackson, Mississippi 39205
    Telephone: 601-359-4223
    Gerald.Kucia@ago.ms.gov