IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in Her
official capacity as Attorney General
of the State of Mississippi

    Plaintiff,

Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES

    Defendants.

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, the Plaintiff, State of Mississippi, *ex rel.* Lynn Fitch, Attorney General, and respectfully files this Motion for Default Judgment and requests the Court, pursuant to Federal Rule of Civil Procedure 55(b)(2), for the entry of a judgment by default against Defendants The People's Republic of China, the Communist Party of China, People's Government of Hubei Province, National Health

Commission of the People's Republic of China, Ministry of Emergency Management of the People's Republic of China, Ministry of Civil Affairs of the People's Republic of China, People's Government of Hubei Province, People's Government of Wuhan City, Wuhan Institute of Virology, and Chinese Academy of Sciences. In support of this request, Plaintiff, State of Mississippi, relies upon the record of this case and the memorandum submitted herein.

    Respectfully submitted, this the 11th day of October, 2024.

                                            STATE OF MISSISSIPPI ex rel.
                                            LYNN FITCH IN HER OFFICIAL
                                            CAPACITY AS ATTORNEY GENERAL OF
                                            THE STATE OF MISSISSIPPI

                                            */s/ Gerald L. Kucia*
                                            Gerald L. Kucia, Miss. Bar No. 8716
                                            Office of the Attorney General
                                            Post Office Box 220
                                            550 High Street, Suite 1200
                                            Jackson, Mississippi 39205
                                            Telephone: (601) 359-4223