IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in her
official capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                        Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

## NOTICE OF APPEARANCE

Comes now Tricia L. Beale, Special Assistant Attorney General for the State of Mississippi, and files this Notice of Appearance for the Plaintiff in the above styled and numbered cause. As such, I am requesting notification of all filings in this case.

Dated: January 10, 2025

        Respectfully submitted,

        **LYNN FITCH**
        **ATTORNEY GENERAL OF THE**
        **STATE OF MISSISSIPPI**

        */s/ Tricia L. Beale*
        Tricia L. Beale, MSB #99113
        Office of the Mississippi Attorney General
        1141 Bayview Avenue
        Biloxi, Mississippi 39530
        Telephone: 228-386-4404
        Tricia.Beale@ago.ms.gov