IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE OF MISSISSIPPI**                                                                                     **PLAINTIFF**

v.                                                           **CIVIL ACTION NO. 1:20-cv-168-TBM-RPM**

**PEOPLE'S REPUBLIC OF CHINA, et al**                                               **DEFENDANTS**

### WITNESS LIST

**2/10/2025 Evidentiary Hearing**

| **PLAINTIFF:** | **Date Testified:** |
|---|---|
| J. Corey Miller | 2/10/2025 |