**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**STATE OF MISSISSIPPI**                                                                                   **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO. 1:20-cv-168-TBM-RPM**

**PEOPLE'S REPUBLIC OF CHINA, et al**                                                  **DEFENDANTS**

<u>**EXHIBIT LIST**</u>

**2/10/2025 Evidentiary Hearing**

| Exhibit Number | Description |
| --- | --- |
| P-1 | Congressional Research Service – China Primer: China's Political System |
| P-2 | Senator Marco Rubio Report – A Complex and Grave Situation: A Political Chronology of the SARS-COV-2 Outbreak |
| P-3 | Minority Staff of House Committee on Foreign Affairs – The Origins of the COVID-19 Global Pandemic, Including the Roles of the Chinese Communist Party and the World Health Organization |
| P-4 | Minority Staff of House Committee on Foreign Affairs – The Origins of COVID-19: An Investigation of the Wuhan Institute of Virology |
| P-5 | Congressional Research Service (Cecire) – COVID-19 and Domestic PPE Production and Distribution: Issues and Policy Options |
| P-6 | Congressional Research Service (Sutter) – COVID-19: China Medical Supply Chains and Broader Trade Issues |
| P-7 | Department of Homeland Security – New Analytic Technique Indicates China Likely Hid Severity of COVID-19 from the International Community While it Stockpiled Medical Supplies |
| P-8 | Office of the Director of National Intelligence, National Intelligence Council – Updated Assessment on COVID-19 Origins |
| P-9 | Not Offered |
| P-10 | Not Offered |
| P-11 | Not Offered |

| P-12 | J. Corey Miller – Estimates of Economic Costs of COVID-19 in Mississippi (November 2024) |
| P-13 | Major Foreign Holders of Treasury Securities |
| P-14 | USDA Farm Service Agency Report – Foreign Holdings of U.S. Agricultural Land (main body of report) |
| P-15 | Spreadsheet – Complaints of price gouging |
| P-16 | CV – J. Corey Miller |
| P-17 | J. Corey Miller – Estimates of Economic Costs of COVID-19 in Mississippi (February 2025) |
| P-18 | Joseph H. Haslag, PhD – Addendum to Report on the Economic Impact of the COVID-19 Pandemic: Quantifying the Damages to the Missouri Economy |
| P-19 | Penalties for Violations of Hoarding PPE |