CASE NO. 1:20CV168
State of MS
vs. People's Republic of China et al
PLAINTIFF'S EXHIBIT P-13
DATE _____ IDEN.
DATE 2-10-2025 EVID.
BY Karen Butler
Deputy Clerk
AO 386

| Table 5: Major Foreign Holders of Treasury Securities | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holdings at end of time period | | | | | | | | | | | | |
| Billions of dollars | | | | | | | | | | | | |
| Link: https://ticdata.treasury.gov/resource-center/data-chart-center/tic/Documents/slt_table5.txt | | | | | | | | | | | | |
| Country | 2024-11 | 2024-10 | 2024-09 | 2024-08 | 2024-07 | 2024-06 | 2024-05 | 2024-04 | 2024-03 | 2024-02 | 2024-01 | 2023-12 | 2023-11 |
| Japan | 1098.8 | 1101.9 | 1123.0 | 1128.9 | 1115.4 | 1117.4 | 1128.3 | 1150.3 | 1187.8 | 1167.9 | 1151.5 | 1136.7 | 1127.5 |
| China, Mainland | 768.6 | 760.1 | 772.0 | 774.6 | 776.5 | 780.2 | 768.3 | 770.7 | 767.4 | 775.0 | 797.7 | 816.3 | 782.0 |
| United Kingdom | 765.6 | 743.3 | 764.4 | 743.7 | 728.2 | 741.4 | 723.4 | 710.2 | 728.3 | 701.4 | 691.9 | 679.2 | 650.7 |
| Luxembourg | 424.5 | 420.1 | 417.9 | 402.1 | 400.0 | 384.3 | 385.4 | 385.9 | 401.0 | 380.5 | 376.6 | 370.7 | 371.2 |
| Cayman Islands | 397.0 | 409.7 | 419.8 | 419.2 | 377.8 | 319.2 | 336.5 | 319.4 | 303.5 | 302.7 | 318.7 | 305.5 | 319.2 |
| Canada | 374.4 | 365.7 | 369.8 | 365.0 | 377.3 | 373.6 | 357.4 | 342.7 | 369.4 | 364.2 | 350.3 | 347.3 | 321.1 |
| Belgium | 361.3 | 349.6 | 366.6 | 325.0 | 315.9 | 318.0 | 313.0 | 312.4 | 317.1 | 320.0 | 293.1 | 314.4 | 296.5 |
| Ireland | 338.1 | 332.0 | 327.9 | 322.4 | 313.1 | 308.4 | 317.9 | 307.7 | 317.8 | 317.0 | 319.0 | 331.6 | 314.3 |
| France | 332.5 | 330.1 | 328.9 | 312.5 | 291.1 | 307.4 | 283.1 | 276.6 | 271.9 | 271.5 | 256.4 | 236.7 | 245.7 |
| Switzerland | 300.6 | 300.4 | 304.2 | 297.2 | 286.1 | 287.6 | 291.0 | 291.8 | 283.8 | 277.8 | 283.4 | 288.2 | 276.4 |
| Taiwan | 286.9 | 285.0 | 288.2 | 284.4 | 275.0 | 265.9 | 263.3 | 257.3 | 259.0 | 255.6 | 255.9 | 252.5 | 238.0 |
| Singapore | 257.7 | 250.5 | 248.3 | 239.0 | 234.2 | 219.6 | 213.5 | 207.5 | 208.0 | 205.4 | 204.7 | 199.5 | 196.2 |
| Hong Kong | 255.7 | 248.3 | 233.1 | 236.0 | 230.6 | 220.8 | 217.6 | 221.0 | 202.2 | 212.6 | 228.5 | 234.2 | 211.1 |
| India | 234.0 | 241.4 | 247.2 | 245.9 | 238.8 | 241.9 | 237.8 | 233.5 | 240.6 | 234.7 | 236.1 | 233.7 | 224.9 |
| Brazil | 229.0 | 228.8 | 234.6 | 233.3 | 229.1 | 227.0 | 223.2 | 223.6 | 227.1 | 225.6 | 226.8 | 230.3 | 224.9 |
| Norway | 159.0 | 161.8 | 170.1 | 164.4 | 158.8 | 153.4 | 142.8 | 138.3 | 148.7 | 138.6 | 144.9 | 126.1 | 113.6 |
| Saudi Arabia | 135.6 | 139.2 | 143.9 | 142.8 | 142.7 | 140.2 | 136.3 | 135.4 | 135.9 | 131.1 | 133.5 | 132.0 | 128.1 |
| Korea, South | 127.8 | 127.4 | 127.0 | 122.9 | 122.7 | 116.7 | 120.2 | 119.9 | 115.9 | 119.2 | 118.6 | 119.0 | 116.0 |
| Mexico | 100.8 | 99.0 | 95.8 | 95.7 | 95.4 | 95.8 | 99.3 | 93.6 | 88.9 | 80.3 | 75.9 | 77.9 | 75.6 |
| Germany | 97.7 | 100.1 | 101.1 | 96.1 | 101.6 | 87.6 | 87.9 | 87.1 | 90.2 | 90.8 | 90.2 | 87.3 | 86.1 |
| All Other | 1589.0 | 1588.7 | 1588.0 | 1553.0 | 1528.4 | 1503.4 | 1486.8 | 1459.7 | 1450.8 | 1422.0 | 1398.8 | 1425.8 | 1397.3 |
| Grand Total | 8634.6 | 8583.0 | 8671.8 | 8504.1 | 8338.9 | 8209.8 | 8133.0 | 8044.8 | 8115.5 | 7993.8 | 7952.5 | 7944.8 | 7716.5 |
| Of Which: Foreign Official | 3856.3 | 3851.1 | 3911.2 | 3873.2 | 3843.3 | 3827.5 | 3794.9 | 3784.2 | 3815.0 | 3765.7 | 3795.3 | 3786.9 | 3684.1 |
| Of Which: Foreign Official Treasury Bills | 304.4 | 311.8 | 318.1 | 306.9 | 271.6 | 268.3 | 254.8 | 262.7 | 267.0 | 266.3 | 250.3 | 250.0 | 246.0 |
| Of Which: Foreign Official T-Bonds & Notes | 3551.9 | 3539.3 | 3593.2 | 3566.3 | 3571.7 | 3559.2 | 3540.1 | 3521.5 | 3548.1 | 3499.4 | 3545.0 | 3537.0 | 3438.1 |
| Notes: | | | | | | | | | | | | |
| The data in this table are collected primarily from U.S.-based custodians and broker-dealers. Since U.S. securities held in | | | | | | | | | | | | |
| overseas custody accounts may not be attributed to the actual owners, the data may not provide a precise accounting of | | | | | | | | | | | | |
| individual country ownership of Treasury securities | | | | | | | | | | | | |
| (see TIC FAQ #7 at: http://www.treasury.gov/resource-center/data-chart-center/tic/Pages/ticfaq1.aspx). | | | | | | | | | | | | |

| Table 5: Major Foreign Holders of Treasury Securities | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated foreign holdings of U.S. Treasury marketable and non-marketable bills, bonds, and notes reported under the Treasury | | | | | | | | | | | | | |
| International Capital (TIC) reporting system are based on monthly data on holdings of Treasury bonds and notes | | | | | | | | | | | | | |
| as reported on TIC Form SLT, "Aggregate Holdings, Purchases and Sales, and Fair Value Changes of Long-Term Securities by U.S. and Foreign Residents" | | | | | | | | | | | | | |
| and on TIC Form BL2, "Report of Customers' U.S. Dollar Liabilities to Foreign Residents." | | | | | | | | | | | | | |