CASE NO. 1:20 cv168

State of MS
vs. Peoples Republic of China et al

PLAINTIFF'S EXHIBIT P-15

DATE _____ IDEN.

DATE 2-10-2025 EVID.

BY Karen Butler
Deputy Clerk

AO 386

| Item | Price |
|---|---|
| Gloves | $10.00 |
| Gloves | $2.00 |
| Gloves 1 box | $25.00 |
| Gloves 1 pr | $1.00 |
| Gloves 100ct | $15.00 |
| Gloves 100ct | $15.00 |
| Gloves 100ct | $50.00 |
| Gloves 100ct | $8.49 |
| Gloves 12pk | $12.00 |
| Latex gloves 100ct | $15.00 |
| Latex gloves 100ct | $12.00 |
| Mask | $6.00 |
| Mask | $2.00 |
| Mask | $1.99 |
| Mask | $1.30 |
| Mask | $1.50 |
| Mask | $2.00 |
| Mask 1 box | $30.00 |
| Mask 1 box 50ct | $59.00 |
| Mask 1 box 50ct | $59.99 |
| Mask 1 pk | $8.99 |
| Mask 1000 ct box | $600.00 |
| Mask 10ct | $30.00 |
| Mask 10pk | $18.99 |
| Mask 20ct | $50.00 |
| Mask 4 | $7.00 |
| Mask 50 ct | $83.50 |
| Mask 50 ct medical | $65.00 |
| Mask 50ct | $54.99 |
| Mask 50ct | $175.00 |
| Mask 50ct | $150.00 |
| Mask 50ct | $175.00 |

| Item | Price |
|---|---|
| Mask 50ct Zhongchen | $63.67 |
| Mask 50pk | $40.00 |
| Mask 5ct | $15.00 |
| Mask 60ct | $45.00 |
| Mask box of 20 | $200.00 |
| Mask box of 50 | $40.00 |
| Mask cloth | $15.00 |
| Mask disposable 20ct | $20.00 |
| Mask KN95 | $8.99 |
| Mask KN95 | $10.00 |
| Mask KN95 5pk | $40.00 |
| Mask N95 1 | $10.00 |
| Mask N95 1 | $10.00 |
| Mask pk of 10 | $50.00 |
| Mask surgical | $3.50 |
| Mask Surgical, box of 50 | $100.00 |
| Mask, 1 (8210 V) | $24.95 |
| Mask, big | $20.00 |
| Mask, hand made | $15.00 |
| Mask, pk | $59.00 |
| N95 mask, 20ct | $8.64 |
| N95 mask, per mask | $100.00 |
| N95 Respirator Mask | $20.00 |
| Paper dust mask 50pk | $440.00 |
| Surgical mask 1 | $7.95/$8.95 |
| Surgical mask 50ct | $59.00 |