CASE NO. 1:20 CV 168
State of MS
vs. People's Republic of China, et al
PLAINTIFF'S EXHIBIT P-16
DATE _____ IDEN.
DATE 2-10-2025 EVID.
BY Karen Butler
Deputy Clerk
AO 386

# J. COREY MILLER

300 Fairview Dr, Brandon, MS 39047 | 662.312.3952 | jcoreymiller@msn.com

## EXPERIENCE

| | |
|---|---|
| November 2020-Present | State Economist, *Mississippi Institutions of Higher Learning* |
| | · Chief economist for the state of Mississippi and Director, University Research Center. Responsibilities include economic forecasting, socio-economic policy analysis and monitoring collections of state general fund revenue. Serves as chair of the Revenue Estimating Group and works closely with the Legislative Budget Office, Department of Revenue, Department of Finance and Administration, and other state agencies. Directs impact analysis by senior economist(s) of University Research Center. |
| January 2014-November 2020 | Economic Analyst, *Mississippi Institutions of Higher Learning* |
| | · Responsibilities included author/editor of *Mississippi's Business*, monthly publication of University Research Center tracking changes in the state and national economy. Provided analytical support to state economist. |
| July 2013-January 2014 | Senior Research Associate, *Mississippi State University, Department of Agricultural Economics* |
| | · Numerous research-oriented responsibilities included day-to-day management of large, multi-million-dollar research projects. Experience also includes grant-writing and submissions to Requests for Proposals. Research and other information were presented to a variety of audiences, including academics, producer groups, federal/state employees, and industry professionals. Project management activities included evaluating research proposals, setting up subcontracts with non-governmental organizations and federal agencies, developing and revising project budgets, and planning/organizing research conferences. |
| January 2002-June 2013 | Research Associate, *Mississippi State University, Department of Agricultural Economics* |
| | · Duties as previous position. |

## EDUCATION

| | |
|---|---|
| August 2000-December 2001 | Economics Ph.D. coursework, *Virginia Polytechnic Institute and State University,* Blacksburg, Virginia |
| August 1998-July 2000 | Master of Science, Agricultural Economics, *Mississippi State University,* Starkville, Mississippi |
| August 1994-May 1998 | Bachelor of Science, Agribusiness, *Mississippi State University,* Starkville, Mississippi |

## PROFESSIONAL MEMBERSHIPS

Agricultural and Applied Economics Association
Gamma Sigma Delta
National FFA Alumni Association

## SERVICE

Advisor, Agricultural and Applied Economics Association Undergraduate Section, 2010-2014

Southern Agricultural Economics Association Undergraduate Committee, 2006-2014; Chair, 2011-2014

Reviewer

*European Review of Agricultural Economics*
*Food Policy*
*Journal of Agricultural and Applied Economics*
*Obesity*
Selected Posters Judge, 2010 Southern Agricultural Economics Association Annual Meeting
Agricultural and Applied Economics Association Selected Papers, 2005, 2006

## PUBLICATIONS SUMMARY

18 articles in peer-reviewed journals
2 book chapters
12 departmental research publications
3 reports to federal agencies
Numerous popular press and extension publications

*Complete list of publications available upon request*