CASE NO. 1:20 CV 168
State of MS
vs. People's Republic of China
PLAINTIFF'S EXHIBIT P-19 et al
DATE _____ IDEN.
DATE 2-10-2025 EVID.
BY Karen Butler
Deputy Clerk
AO 386

**Penalties for Violations of Hoarding PPE**

| HS Code | Category | $ Value of US Imports from China in 2019 | % Change in 2020 Exports from 2019 | Lost Value ($ Hoarded by China) | Prices According to Cambridge Study | MS GDP (Percent of the US) | # of Items Hoarded/Violations | Maximum Per 75-24-19 (MS Consumer Protection Act) |
|---|---|---|---|---|---|---|---|---|
| 6307.90 | Masks | $ 3,171,956,472 | -19% | $ 602,671,729.68 | $ 0.45 | 0.50% | 6,696,353 | $ 66,963,525,520.00 |
| 6210.10 | Garments | $ 440,561,626 | -21% | $ 92,517,941.46 | $ 6.60 | 0.50% | 70,089 | $ 700,893,495.91 |
| 6210.30 | Women's or Girls' Protective Garments | $ 55,082,976 | -48% | $ 26,439,828.48 | $ 6.60 | 0.50% | 20,030 | $ 200,301,730.91 |
| 6210.40 | Men's Or Boys' Protective Garments | $ 323,357,757 | -28% | $ 90,540,171.96 | $ 6.60 | 0.50% | 68,591 | $ 685,910,393.64 |
| 4015.11 | Surgical Rubber Gloves | $ 1,081,073 | -8% | $ 86,485.84 | $ 0.12 | 0.50% | 3,604 | $ 36,035,766.67 |
| 3926.20 | Plastic Gloves | $ 863,056,388 | -13% | $ 112,197,330.44 | $ 0.12 | 0.50% | 4,674,889 | $ 46,748,887,683.33 |
| 4015.19 | Other Rubber Gloves | $ 252,443,610 | -35% | $ 88,355,263.50 | $ 0.12 | 0.50% | 3,681,469 | $ 36,814,693,125.00 |
| 6116.10 | Knitted Gloves | $ 363,733,689 | -21% | $ 76,384,074.69 | $ 0.12 | 0.50% | 3,182,670 | $ 31,826,697,787.50 |
| 6216.00 | Textile Gloves | $ 195,084,793 | -30% | $ 58,525,437.90 | $ 0.12 | 0.50% | 2,438,560 | $ 24,385,599,125.00 |
| | | | | | | | 20,836,254 | $ 208,362,544,627.96 |

Total Maximum of Possible Penalties    $ 208,362,801,127.96

**NOTE**

75-21-7 allows a penalty for each month in which there is a violation of no less than $100 and no more than $2,000
For forestalling and engrossing PPE, the penalty is $300 - $6,000 per 75-21-7 (three months total)
75-21-9 authorizes an additional penalty of $500
75-24-19 authorizes a penalty per violation of no more than $10,000 per violation
We also find 9 violations per category for the unlawful price hikes for PPE and 16 violations for unfair and deceptive trade practices under 75-24-19 in addition to the hoarding of PPE violations shown above

**Columns A, B, C and D:** Exhibit 3 - Sutter, COVID-19 - China Medical Supply Chains and Broader Issues
**Column E:** Lost Value = $ Value of US Imports from China in 2019 X % Change in 2020 Exports from 2019
**Column F:** Mena Lora A, Ali M, Spencer S, Takhsh E, Krill C, Bleasdale S. Cost of Personal Protective Equipment During the First Wave of COVID-19. Antimicrobial Stewardship & Healthcare Epidemiology. 2021;1(S1):s49-s49. doi:10.1017/ash.2021.94
*The column represents the average prices of PPE during the first wave of COVID-19
**Column G:** Bureau of Economic Analysis: https://www.bea.gov/sites/default/files/2021-03/qgdpstate0321.pdf
**Column H:** # of Items Hoarded = Lost Value ÷ Prices According to Cambridge Study
**Column I:** # of Items Hoarded X 10,000