UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MISSISSIPPI, *ex rel.* LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi | **PLAINTIFF** |
| v. | CIVIL ACTION NO. 1:20-cv-168-TBM-RHW |
| THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES | **DEFENDANTS** |

## ENTRY OF APPEARANCE

COMES NOW, the undersigned, Robert L. Gibbs and the law firm of Gibbs Travis PLLC, Jackson, Mississippi, and hereby enter his appearance as one of the attorneys for Defendant, Chinese Academy of Sciences, in the above styled and numbered cause.

In filing this Notice, Chinese Academy of Sciences expressly reserves, and does not waive, all of its rights, privileges, sovereign immunity, and defenses, including, but not limited to, insufficient service of process, lack of subject-matter and personal jurisdiction, failure to state a claim, and improper venue.

This the 12th day of May, 2025.

Respectfully submitted,

**CHINESE ACADEMY OF SCIENCES**


Robert L. Gibbs _____
Robert L. Gibbs

OF COUNSEL:

Robert L. Gibbs, MSB No. 4816
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, Mississippi 39211
Telephone: (601) 487-2640
Facsimile: (601) 366-4295
Email:  rgibbs@gibbstravis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was duly served upon all known counsel of record, this the 12th day of May, 2025, and upon all parties registered with the Court's electronic filing system by operation of the Court's ECF system.

/s/ Robert L. Gibbs_____
Robert L. Gibbs