Outlook

Re: The State of Mississippi v. People's Republic of China, et.al.

**From** Crystal Utley Secoy <Crystal.Utley@ago.ms.gov>
**Date** Mon 2025-05-12 2:50 PM
**To**   Robert Gibbs <rgibbs@gibbstravis.com>
**Cc**   Tricia Beale <Tricia.Beale@ago.ms.gov>; James Rankin <James.Rankin@ago.ms.gov>

Hi Judge Gibbs,
Thank you for notifying us and for reaching out. With all due respect to you, we are unable to agree to such considering the status of the present case.
Best regards,
Crystal

**Crystal Utley Secoy**
Director & Assistant Attorney General
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4213
Email: crystal.utley@ago.ms.gov



---

**From:** Robert Gibbs <rgibbs@gibbstravis.com>
**Sent:** Monday, May 12, 2025 9:18 AM
**To:** tricia.beal@ago.ms.gov <tricia.beal@ago.ms.gov>; Crystal Utley Secoy <Crystal.Utley@ago.ms.gov>
**Cc:** James Rankin <James.Rankin@ago.ms.gov>
**Subject:** The State of Mississippi v. People's Republic of China, et.al.

Tricia and Crystal,

My firm was recently retained to represent the Chinese Academy of Science (CAS) and I filed an entry of appearance this morning. I am trying to get my arms around the case and I request sufficient time to do so. I am aware that the State has obtained a Default and filed a Motion for Default Judgment. It is my intention to file a response to the motion for default judgment and a motion to set aside entry of default. I am requesting a sixty-day extension in order to fully review this matter and file these pleadings. If you agree, I will prepare an agreed motion for the extension and agreed order.



Thank you for your consideration of my request and I look forward to hearing from you.

Best regards,
Robert

Robert L. Gibbs
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, Mississippi 39201
Direct:  601.487.2631
Facsimile:  601.366.4295





**Confidentiality Statement**

The information contained in this electronic message from the law firm of Gibbs Travis PLLC is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (601) 487-2640.

**IRS Circular 230 Notice**

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.