IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE STATE OF MISSISSIPPI,
*ex rel.* LYNN FITCH, in Her
Official Capacity as Attorney General
of the State of Mississippi,

    Plaintiff,

                                            Civil Action No. 1:20-cv-168-TBM-RPM

THE PEOPLE'S REPUBLIC OF CHINA,
THE COMMUNIST PARTY OF CHINA,
NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA,
MINISTRY OF EMERGENCY
MANAGEMENT OF THE PEOPLE'S
REPUBLIC OF CHINA, MINISTRY OF
CIVIL AFFAIRS OF THE PEOPLE'S
REPUBLIC OF CHINA, PEOPLE'S
GOVERNMENT OF HUBEI PROVINCE,
PEOPLE'S GOVERNMENT OF WUHAN
CITY, WUHAN INSTITUTE OF VIROLOGY,
and CHINESE ACADEMY OF SCIENCES,

    Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Comes now the Plaintiff, State of Mississippi, *ex rel.* Lynn Fitch, Attorney General ("State"), pursuant to F.R.C.P. 41(a), and files this Notice of Dismissal Without Prejudice of the State's claims against the Chinese Academy of Sciences ("Academy"). While the State disagrees with the arguments made in the Academy's recent Motion to Stay and/or for an Extension of Time in Order for the Chinese Academy of Sciences to Respond to Motion for Default Judgment and to File a Motion to Set Aside Entry of Default, for the sake of expediting resolution of this

case that has been pending since May 12, 2020, the State voluntarily dismisses without prejudice the Academy. The State fully maintains its claims against remaining Defendants, specifically the People's Republic of China, the Communist Party of China, the National Health Commission of the People's Republic of China, People's Government of Wuhan City, and Wuhan Institute of Virology,[1] as stated in the Complaint and detailed throughout the Evidentiary Hearing, Pre-Trial Brief, and Post-Hearing Brief.

Respectfully submitted, this the 13th day of May, 2025.

**FOR PLAINTIFF STATE OF MISSISSIPPI
LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

/s/ *Tricia L. Beale*
Tricia L. Beale, Miss. Bar No. 99113
Crystal Utley Secoy, Miss. Bar No. 102132
James M. Rankin, Miss. Bar No. 102332
Consumer Protection Division
Mississippi Attorney General's Office
1141 Bayview Ave., Suite 402
Biloxi, Mississippi 39530
Telephone: 228-386-4404
tricia.beale@ago.ms.gov

Post Office Box 220
550 High Street, Suite 1200
Jackson, Mississippi 39205
Telephone: (601) 359-4213
crystal.utley@ago.ms.gov
james.rankin@ago.ms.gov

---

[1] The court took under advisement the State's *ore tenus* Motion to Dismiss the following without prejudice: People's Government of the Hubei Province, Ministry of Civil Affairs of the People's Republic of China, and Ministry of Emergency Management of the People's Republic of China.

**CERTIFICATE OF SERVICE**

I, Tricia L. Beale, attorney for the Mississippi Attorney General's Office, hereby certify that on May 13, 2025, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

This the 13th day of May, 2025.

                                                    */s/ Tricia L. Beale*
                                                   Tricia L. Beale, Miss. Bar No. 99113
                                                   Consumer Protection Division
                                                   Mississippi Attorney General's Office
                                                   1141 Bayview Ave., Suite 402
                                                   Biloxi, Mississippi 39530
                                                   Telephone:  228-386-4404
                                                   tricia.beale@ago.ms.gov