IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MISSISSIPPI *ex rel.* LYNN FITCH, *in her official capacity as Attorney General of the State of Mississippi,* | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:20-cv-168-TBM-RPM |
| THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF WUHAN CITY; *and* WUHAN INSTITUTE OF VIROLOGY | DEFENDANTS |

## NOTICE OF DEFAULT JUDGMENT

1. This Notice of Default Judgment concerns The People's Republic of China, The Communist Party of China, National Health Commission of The People's Republic of China, People's Government of Wuhan City, and Wuhan Institute of Virology.

2. Plaintiff State of Mississippi is a body politic created by the Constitution and laws of the State. Lynn Fitch is the State's duly elected and present Attorney General. The Attorney General brings this action on the State's behalf, pursuant to her authority granted, *inter alia*, by Miss. Const. art. 6, § 173 (1890); Miss. Code Ann. § 7-5-1; Miss. Code Ann. § 75-24-9; and in her capacity as the State's Chief Legal Officer pursuant to statutory and common law of the State, which vests in her the right to

1

initiate and maintain all suits necessary for the enforcement of the laws of the State, preservation of order, and protection of public rights.

3. The document served on the parties is a Memorandum Opinion and Judgment ("Judgment") granting the State of Mississippi default judgement against the defendants. The Judgment enjoined further conduct as alleged in the Complaint and awarded the State $25,098,412,991 from the defendants jointly and severally.

4. The State filed a Complaint against the defendants on May 12, 2020. In April 2022, Mississippi tendered summonses for each Chinese Defendant to the Clerk of Court of the Southern District of Mississippi, whose office transmitted the summonses to the United States Department of State. Following confirmation of receipt from the Department of State, Mississippi reissued translated copies of the summonses in September 2022. On March 30, 2023, the Department of State served China's Ministry of Civil Affairs, Ministry of Emergency Management, National Health Commission of the People's Republic of China, People's Government of Hubei Province, People's Government of Wuhan City, and People's Republic of China through diplomatic channels. Subsequently, Mississippi served the Chinese Communist Party, Wuhan Institute of Virology, and the Chinese Academy of Sciences directly on February 20, 2024. The People's Government of Hubei Province, the Ministry of Civil Affairs, and the Ministry of Emergency Management were later voluntarily dismissed. On March 5, 2024, the State filed a Motion for Entry of Default against the Defendants, which was entered by the Clerk. On October 11, 2024, the State filed a Motion for Default Judgment. A pre-trial hearing was held on January

14, 2025. The evidentiary hearing was held on February 10, 2025. The court ordered a post-hearing brief, which was filed on May 2, 2025. On November 14, 2025, the court granted the Motion for Default Judgment.

5. Mississippi sued Chinese Defendants for consumer protection and antitrust violations resulting from conduct performed during and immediately after the COVID-19 pandemic. The Defendants have been named as a result of their conduct engaging in deceptive and monopolistic practices by nationalizing factories owned by North American companies that manufactured personal protective equipment (PPE), hoarding premium PPE, and deceptively selling substandard PPE to Mississippi during the COVID-19 pandemic. Mississippi requested the Court enter judgment after China intentionally defaulted and refused to appear. After a pre-trial hearing, evidentiary hearing and post-hearing brief, the Court granted the Motion for Default Judgment.

The Defendants intentionally defaulted and refused to make an appearance, responding that "China does not recognize and will not participate in [this] vexatious litigation lawsuit." The court found that both the record and China's intentional refusal to participate in this litigation meant that the grounds for default were clearly established. "When the defendant[s'] failure to respond is 'plainly willful, as reflected by [the defendants'] failure to respond either to the summons and complaint, the entry of default, or the motion for default,' then grounds for default are clearly established." *Sheikh Ali v. Mt. Run Sols., LLC*, No. 4:21-cv-453-SDJ-KPJ, 2021 WL

7617198, at *3 (E.D. Tex. Dec. 22, 2021) (quoting *Graham v. Coconut LLC*, No. 4:16-cv-606, 2017 WL 2600318, at *2 (E.D. Tex. Jun. 15, 2017)).

The State seeks to enforce the Court's judgment entered on November 14, 2025, which includes an award of actual damages, statutory penalties, injunctive relief, and interest. The Court awarded a total amount of $25,098,412,991 to the State. This number is the sum of $4,260,077,991 in actual damages, $2,081,000 in antitrust penalties, and $20,836,254,000 in consumer protection penalties.

6. The Default Judgment was entered on November 14, 2025.

7. A procedure may be available to vacate or open the default judgment.

8. Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in Sections 1330, 1391(f), 1441(d), and 1602 to 1611, of Title 28, United States Code Annotated (Pub. L. No. 94-583; 90 Stat. 2891) and is attached to this Notice of Default Judgment.

Respectfully submitted, this the 13th day of February, 2026.

FOR PLAINTIFF STATE OF MISSISSIPPI
LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

*/s/ Tricia L. Beale*
Tricia L. Beale, Miss. Bar No. 99113
Crystal Utley Secoy, Miss. Bar No. 102132
James M. Rankin, Miss. Bar No. 102332
Consumer Protection Division
Mississippi Attorney General's Office
2555 14th Street
Gulfport, Mississippi 39501

Telephone: 228-386-4404
tricia.beale@ago.ms.gov

Post Office Box 220
550 High Street, Suite 1200
Jackson, Mississippi 39205
Telephone: (601) 359-4213
crystal.utley@ago.ms.gov
james.rankin@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

This the 13th day of February, 2026.

                                           */s/ Tricia L. Beale*
                                           Tricia L. Beale